HARTUNG, Appellant, vs. HARTUNG, Respondent.

*April 5—April 26, 1910.*

*Appeal: Divorce: Suit money: Temporary alimony.*

A motion for suit money and temporary alimony pending an appeal in a divorce action is denied because, no bill of exceptions having yet been returned, the court is unable to say whether there are merits in the appeal.

APPEALS from a judgment and an order of the circuit court for Milwaukee county: W. J. TURNER, Circuit Judge.

*Andrew Gilbertson,* for the appellant.

*L. G. Wheeler,* for the respondent.

PER CURIAM.   The plaintiff brought action for divorce against the defendant, and the same was tried, resulting in a judgment of dismissal upon the merits.   Before the judgment was entered she brought another action, alleging some additional alleged cruel treatment occurring after the trial of the first action, and upon affidavits moved for temporary alimony and suit money in the second action, which motion was denied.   She has appealed from the judgment in the first action, and from the order denying suit money and alimony in the second action, and moves this court for suit money and alimony upon each appeal.

Both motions must be denied. Upon the appeal from the judgment in the first action no bill of exceptions is yet returned, and we are unable to say whether there are merits in the appeal; hence no order will be made. *Hermann v. Hermann, ante,* p. 529, 126 N. W. 3.

Examination of the affidavits filed upon the appeal from the order in the second action satisfies us that the court properly refused to make the allowance applied for. Both motions will be denied without prejudice to the right to renew the motion in the first action when the bill of exceptions shall be returned.

It is so ordered.